707 A.2d 1144

**MIERS/JOHNSTON PRINTING CORPORATION, Appellant,**

**v.**

**BUCKS COUNTY BANK AND TRUST COMPANY, Appellee.**

Supreme Court of Pennsylvania.

April 22, 1998.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of April, 1998, the Order of the Court of Common Pleas of Lehigh County granting the motion to enter judgment of non pros is vacated and the case is

remanded to that court for reconsideration in light of *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998) and *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998). Jurisdiction relinquished.